IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

CHARLES HAMNER                                                                                      PLAINTIFF
ADC #143063

v.                                          CASE NO. 2:22-CV-00119-BSM

DIANE BOWMAN                                                                                      DEFENDANT

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 5th day of August, 2022.

_____
UNITED STATES DISTRICT JUDGE